JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

WESTERN WATERSHEDS PROJECT,  ) Case No. CV 11-00492 DMG (Ex)
           Plaintiff,         )
              v.              ) **JUDGMENT**
KEN SALAZAR, in his official capacity )
as Secretary of the United States     )
Department of the Interior, et al.,   )
           Defendants.                )

Pursuant to the Court's Order re Plaintiff's Motion for Summary Judgment, Defendants' Motion for Summary Judgment, and Intervenor's Motion for Summary Judgment, entered concurrently herewith, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Intervenor BrightSource Energy, Inc. and Defendants Ken Salazar, Bob Abbey, Mike Pool, United States Bureau of Land Management, Rowan Gould, Ren Lohoefener, United States Fish and Wildlife Service,

//
//
//
//
//

and United States Department of the Interior, and against Plaintiff Western Watersheds Project, which shall take nothing.

**IT IS SO ORDERED**.

DATED:   November 5, 2012

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE